UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

MARIE Y. RAVIX,

    Plaintiff,

v.

ADAMS & ASSOCIATES, INC.,
a Foreign Profit Corporation; and
ADAMS & ASSOCIATES OF NEVADA,
INC.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, ADAMS AND ASSOCIATES, INC. and ADAMS AND ASSOCIATES OF NEVADA, INC. (collectively "Defendants"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

    1.    On or about October 14, 2019, Plaintiff MARIE Y. RAVIX ("Plaintiff") filed a complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Marie Y. Ravix, Plaintiff, v. Adams and Associates, Inc., a Foreign Profit Corporation; and Adams and Associates of Nevada, Inc., Defendants,* Case No. 2019-015110-CA-01 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint[1] contained the following nine causes of action: (1) discrimination in compensation in violation of the Equal Pay Act of 1963, 29 U.S.C. § 206, *et seq.* ("EPA") (Count I); (2) national origin discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII") (Count II); (3) gender discrimination in violation of Title VII (Count III); (4) religious discrimination in violation of Title VII (Count IV); (5) retaliation in violation of Title VII (Count V); (6) national origin discrimination in violation of the Florida Civil Rights Act of 1992, Fla. Stat. § 760.10, *et seq.* ("FCRA") (Count VI); (7) sex/gender discrimination in violation of the FCRA (Count VII); (8) religious discrimination in violation of the FCRA (Count VIII); and (9) retaliation in violation of the FCRA (Count IX).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted claims under both the EPA and Title VII. This Court has supplemental jurisdiction over Plaintiff's FCRA claims pursuant to 28 U.S.C. §1367(a).

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendants on November 11, 2019. This service constituted Defendants' first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty days (30) from the date on which Defendants received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

---

[1] Plaintiff's operative complaint in the State Court Action is entitled, "Amended Complaint." Plaintiff filed an initial complaint on May 20, 2019, but that complaint was never properly served.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). The Southern District, Miami Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Miami-Dade County, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of the Removal to Plaintiff and have filed a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

Dated this 6th day of December, 2019

                      Respectfully submitted,

By: /s/ *Sherril Colombo*
Sherril M. Colombo, Esq.
Florida Bar No.: 948799
E-mail: scolombo@littler.com
Secondary: *kljackson@littler.com*
Stella S. Chu
Florida Bar No. 060519
E-mail: *sschu@littler.com*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7530
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANTS,*
**ADAMS AND ASSOCIATES, INC.**
**and ADAMS AND ASSOCIATES**
**OF NEVADA, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of December 2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ *Sherril M. Colombo*
Sherril M. Colombo, Esq.

## SERVICE LIST

Jason S. Remer
Florida Bar No. 165580
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
E-mail: *jremer@rgpattorneys.com*

*Counsel for Plaintiff*

4830-9118-4302.1 093167.1007